UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** <br> AND **STATE OF MAINE,** <br><br> PLAINTIFFS <br><br> v. <br><br> **RUMFORD GROUP HOMES, INC.,** <br><br> DEFENDANTS | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL NO. 08-171-P-H |

ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter because it is brought on behalf of the Maine Department of Human Services and my spouse's firm has contracts with the Department.

SO ORDERED.

DATED THIS 2ND DAY OF JUNE, 2008

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE